JUNE TERM, 1914. 679

*86 N. J. L.*    Delaware River Trans. Co. v. Trenton.

On appeal from the Supreme Court, whose opinion is re-
ported in 86 *N. J. L.* 48.

For the appellant, *Peter Backes, Gilbert Collins* and *Lin-
ton Satterthwaite.*

For the respondent, *Charles E. Bird.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE,
BERGEN, BLACK, MINTURN, BOGERT, VREDENBURGH, WHITE,
HEPPENHEIMER, WILLIAMS, JJ. 11.

*For reversal*—None.

Submitted June 17, 1914—Decided July 10, 1914.

For the appellant, *Peter Backes, Gilbert Collins* and *Linton Satterthwaite*.

For the respondent, *Charles E. Bird*.